UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 23, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR. S-07-0366 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROBERT KOPPEL, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT KOPPEL</u>, Case No. <u>CR. S-07-0366 GEB</u>, Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    X Bail Posted in the Sum of $ <u>100,000.00   co-signed by wife.</u>

        X Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

    X (Other) <u>Pretrial Services Supervision of conditions of release</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 23, 2007</u> at <u>3:10</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge