LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT KOPPEL<br>　　　　　　　Defendant, | No. Cr. S -07-0366 GEB/DAD<br><br>ORDER TERMORARILY MODIFYING CONDITIONS OF DEFENDANT'S PROBATION. |

　　　This Matter having come on before me by Stipulation of the parties and, based upon said Stipulation, good cause appearing therefor:

　　　IT IS ORDERED THAT Defendant's Conditions of Pre-Trial Release be temporally modified to allow Defendant to go on a vacation cruise from New York to Halifax, Nova Scotia, and St John, New Brunswick, Bar Harbor, Boston, Newport and back to New York between the 6th and 13th of October, 2007 and that Defendant's passport will be returned to him on September 27th and returned to the Clerk of the Court upon his return on October 15, 2007.

　　　Further, it is further ordered that the Defendant's residence, located at 5073 Frontier Lane, Roseville California 95747, a deed of trust for which has been recorded in favor of the Clerk of the Court as of September 25, 2007, be utilized as the security for Defendant's return from the date of the recording and to include the duration of the

/ / /

1

1  cruise. That upon Defendant's return remittance of Defendant's passport to the Clerk's
2  Office, said property will be ordered reconveyed to Defendant by the Court and the
3  Clerk's Office will so reconvey the property to Defendant.

5  Dated: September 26, 2007.

```
                    _____
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE
```

10  Ddad1/orders.criminal/koppel0366.stipord

/ / /

2